1  SCHIFF HARDIN LLP
   Rocky N. Unruh (CSB #84049)
2  runruh@schiffhardin.com
   Sarah D. Youngblood (CSB #244304)
3  syoungblood@schiffhardin.com
   One Market, Spear Street Tower
4  Thirty-Second Floor
   San Francisco, CA  94105
5  Telephone:     (415) 901-8700
   Facsimile:     (415) 901-8701
6

7  Attorneys for Defendants
   WYNDHAM VACATION OWNERSHIP, INC.,
8  WYNDHAM WORLDWIDE CORP. AND
   WYNDHAM VACATION RESORTS, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| CHRIS MIORELLI, individually and as, Trustee of the MIORELLI FAMILY TRUST; TRINA, USA LLC.<br><br>             Plaintiffs,<br><br>     v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM WORLDWIDE CORPORATION, WYNDHAM VACATION RESORTS, INC., CHARLES BOWMAN, an individual, DOUGLAS PARK, an individual, and DOES 1 through 50, inclusive.<br><br>             Defendants. | Case No.  3:14-cv-02073 CRB<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>**Local Rule 6-1(b)**<br><br>Current Conference Date:  August 8, 2014<br>Joint Statement Due:  August 1, 2014 |

        Pursuant to Civil Local Rule 6-1(b), the parties, by and through their attorneys of record, hereby agree and stipulate as follows:

        (1)     Defendants Wyndham Vacation Ownership, Inc., Wyndham Worldwide Corp. and Wyndham Vacation Resorts, Inc. ("Wyndham Defendants") removed the above-captioned matter to this Court on May 6, 2014.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -    Case No. 3:14-cv-02073 CRB
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

1  (2) On May 19, 2014, this Court entered its Case Management Conference Order setting the Initial Case Management Conference for August 8, 2014, at 8:30 a.m. *See* Docket No. 10. Pursuant to this Order, the parties' Joint Case Management Statement is due August 1, 2014 (7 days prior to the Initial Case Management Conference). *Id.*

(3) On May 13, 2014, the Wyndham Defendants filed their Motion to Dismiss Plaintiffs' Complaint. *See* Docket No. 7. On May 23, 2014, the Motion to Dismiss was set for hearing in front of this Court on July 11, 2014, at 10:00 a.m. *See* Docket No. 11.

(4) On June 6, 2014, Plaintiffs filed a Motion to Remand. *See* Docket No. 13. This motion is also set for hearing in front of this Court on July 11, 2014, at 10:00 a.m. *Id.*

(5) The parties have met and conferred and believe that it is in the best interest of efficiency and economy to continue the Initial Case Management Conference and all associated deadlines, including the deadline to file a Joint Case Management Statement, to allow for the Court to hear arguments and issue a ruling on the pending Motion to Dismiss and Motion to Remand.

(6) Good cause exists to continue the Initial Case Management Conference and the associated deadlines as the Court's rulings on the pending motions has the potential to obviate any need to conduct such a conference. Additionally, the Court's rulings on the pending motions will likely impact the contents of the parties' Joint Case Management Statement.

(7) There are no other deadlines currently on calendar in this case that would be affected by a continuance of the Initial Case Management Conference and the associated deadlines.

(8) This is the parties' first request for a continuance of the Initial Case Management Conference and the associated deadlines in this matter.

**IT IS SO STIPULATED.**

ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -   Case No. 3:14-cv-02073 CRB
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Dated: July 9, 2014                Schiff Hardin LLP

By: */s/ Sarah D. Youngblood*
Rocky N. Unruh
Sarah D. Youngblood
Counsel for Defendants
WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM WORLDWIDE CORP. and WYNDHAM VACATION RESORTS, INC.

Dated: July 9, 2014                Figari Law

By: /s/ *Barbara Figari*
Barbara Figari
Counsel for Plaintiffs
CHRIS MIORELLI, individually and as, Trustee of the MIORELLI FAMILY TRUST; TRINA, USA LLC.

I attest and certify that I received permission from plaintiffs' counsel before e-filing this document and will retain proof of this permission.

Dated: July 9, 2014                Schiff Hardin LLP

By: */s/ Sarah D. Youngblood*
Rocky N. Unruh
Sarah D. Youngblood
Counsel for Defendants
WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM WORLDWIDE CORP. and WYNDHAM VACATION RESORTS, INC.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, THE COURT ENTERS THE FOLLOWING ORDER:**

The August 8, 2014 Initial Case Management Conference is continued to ___August 22__, 2014 at 10:00 a.m. in Courtroom 6 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California. All deadlines associated with the Initial

1  Case Management Conference, including the deadline to file a Joint Case Management
2  Statement, shall be calculated based on the new date for the Initial Case Management Conference.

3
4  Dated: __July 10_____, 2014   _____
              HONORABLE CHARLES R. BREYER
5              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

33993-0193
CH2\14832314.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -                         Case No. 3:14-cv-02073 CRB
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES